

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2014

No. 04-14-00140-CV

**IN THE INTEREST OF A.R.P., ET AL., CHILDREN,**

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 13-01-0023-CVA
Honorable Thomas F. Lee, Judge Presiding

## O R D E R

The Notification of Late Record filed by court reporter Patricia Gaddis on March 14, 2014 requesting a 30-day extension is NOTED. Ms. Gaddis is ORDERED to file the reporter's record **on or before March 24, 2014**. *See* TEX. R. APP. P. 35.3(c) (record extensions in accelerated appeals must not exceed 10 days); *see also* Rule 6.2, Texas Rules of Judicial Administration (requiring court of appeals to dispose of parental termination appeals within 180 days after the notice of appeal is filed). **Further requests for extensions of time will be disfavored**.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court